**CV 08 0377**

FILED
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CAL

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO:

v.

Charles V. Harrelson, Woody Harrelson, Jo ann Harrelson, John H. Wood JR, Elizabeth Chagra,
Defendants

Complaint
42 USC 1983/Civil Rights Violations

Comes Now the Plaintiff, Jonathan Lee Riches, in pro-se, under 42 USC 1983. Plaintiff seeks 50 million dollars. Defendants took all writing paper and I have 1 stamp left for this lawsuit. Woody Harrelson stole my Acting career, and turned me into a Natural Born Killer and try to hustle me on the prison basketball court. Defendant Charles is plotting to Assassinate me in Solitary confinement by making me go crazy. I have a cold shower, with a ½ bar of soap, this is violating my civil Rights. Defendants put a collect call blocking on my family's phone, I have no long sleeve shirt, I wear socks as arm warmers. This is inhumane. John Wood took away my Habeas Corpus, and advocates me in this concentration camp. My Jewish Beard has not been washed in 3 months 4 days.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Jonathan Lee Riches©